UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**THE SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** *an agency of the United States of America*,

Plaintiff,

– against –

**BRIAN F. CURRAN, ESQ.** *as Public Administrator of the Estate of Gerald R. Angus aka Gerald Robert Angus, deceased*, **CHRISTOPHER J. ANGUS**, **HEATHER BREINIG**, **NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE**, **AND JOHN DOE # 1-5 AND JANE DOE # 1-5** *said names being fictitious, it being the intention of the plaintiff to designate any and all occupants, tenants, persons or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein*,

Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

25-CV-3957 (AMD) (ARL)

**ANN M. DONNELLY**, United States District Judge:

On July 16, 2025, the plaintiff filed a complaint seeking to foreclose on a Home Equity Conversion Mortgage, also known as a reverse mortgage, encumbering a property located at 122 Twigg Lane, Levittown, New York. (ECF No. 1 ¶ 3.) The defendants did not answer or otherwise appear to defend the action. The Clerk of Court entered certificates of default against the named defendants on September 9, 2025, September 12, 2025, and October 14, 2025. (ECF Nos. 12, 13, 15, 19.)[1] On November 25, 2025, the plaintiff filed a motion for default judgment

[1] The named defendants are Brian F. Curran, Esq., as the Public Administrator of Nassau County, for the Estate of Gerald R. Angus a/k/a Gerald Robert Angus, deceased; Christopher J. Angus; Heather Breinig; and the New York State Department of Taxation and Finance. (*See* ECF No. 1.)

against the named defendants and moved to dismiss the claims against the John and Jane Doe defendants. (ECF Nos. 21, 21-1, 21-2.) The Court referred the motion to Magistrate Judge Arlene R. Lindsay on December 12, 2025. (*See ECF Order dated Dec. 12, 2025.*)

Judge Lindsay found that default judgment is warranted against the named defendants, and that the John and Jane Doe defendants should be dismissed from the case. (ECF No. 22 at 5–7.) Judge Lindsay recommended awarding the following damages: "the balance sought of $521,121.97 from the proceeds of the sale;" "$1,555.82 in costs;" and "post-judgment interest in the amount to be calculated by the Clerk of the Court pursuant to 28 U.S.C. § 1961." (*Id.* at 6–7.) To facilitate the judgment of foreclosure and sale, Judge Lindsay also recommended the appointment of a referee. (*Id.* at 6.) No party has objected to the Report and Recommendation, and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014).

The Court has carefully reviewed Judge Lindsay's thorough and well-reasoned Report and Recommendation for clear error and finds none. Accordingly, the Court adopts the Report and Recommendation in its entirety. The plaintiff's motion for default judgment is granted as Judge Lindsay recommended in the Report and Recommendation. The Clerk of Court is respectfully directed to enter judgment (1) ordering the foreclosure sale of 122 Twigg Lane, Levittown, New York; (2) appointing Frank J. Rio, Esq. to conduct the sale; (3) directing that the plaintiff receive $521,121.97 from the proceeds of the sale, plus $1,555.82 in costs; (4) directing

that the plaintiff receive post-judgment interest in an amount to be calculated by the Clerk of Court pursuant to 28 U.S.C. § 1961; and (5) dismissing defendants "John Doe #1-5" and "Jane Doe #1-5." The plaintiff's counsel is directed to serve copies of this Order on all named defendants, and to file proof of service on the docket.

**SO ORDERED.**

s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
September 16, 2026